In the Matter of the Claim of ALFRED KITTLE, Respondent, against TOWN OF KINDERHOOK et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workman on highway injured from cave-in — question whether he was in employ of town or of third party.*

*Matter of Kittle* v. *Town of Kinderhook*, 217 App. Div. 809, affirmed.

(Submitted February 21, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 18, 1926, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant was injured from a cave-in of a gravel bank while working on the roads of the town of Kinderhook. The question was whether he was an employee of the town or of a third party from whom the town hired the team which claimant drove.

*George W. Greene* and *Rollin B. Sanford* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Claim of SUSAN FOSTER, Appellant, against MALLORY STEAMSHIP COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workman killed by automobile while on way to deliver pay envelope to fellow-employee after working hours — claim for compensation dismissed.*

*Matter of Foster* v. *Mallory S. S. Co.*, 217 App. Div. 807, affirmed.

(Argued February 21, 1927; decided March 4, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 23, 1926, affirming a decision

Prepared by State Reporter from Appeal Papers

of the State Industrial Board dismissing a claim under the Workmen's Compensation Law. Claimant's husband, who was in the employ of the Mallory Steamship Company, was struck by an automobile and killed while on his way, after working hours, to deliver a pay envelope to a fellow-employee who resided near him. The claim was dismissed on the ground that the accident did not arise out of and in the course of the employment.

*Chester W. McNally* for appellant.

*Morton L. Fearey* and *Roy H. Caldwell* for Mallory Steamship Company, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

PHILO A. KENT et al., Appellants, *v.* BURROS REALTY CORPORATION, Respondent, and HARRY R. AUSTIN, Appellant, Impleaded with Others.

*Appeal — motion to dismiss appeal denied.*

Reported below, 217 App. Div. 703.

(Submitted February 28, 1927; decided March 4, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 21, 1926, modifying and affirming a judgment entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground of failure to file the papers on appeal.

*Laverne M. Twining* and *Rollin W. Meeker* for motion.
*Howard E. Taylor* and *Ralph L. Emmons* opposed.

Motion denied, without costs.